UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKY GUERRA,      ) | CIV-F-06-0139 AWI LJO |
|                   ) | |
| Plaintiff,   ) | ORDER VACATING HEARING |
|                   ) | DATE OF MARCH 27, 2006 |
| v.            ) | |
|                   ) | |
| NORTH AMERICAN COMPANY   ) | |
| FOR LIFE AND HEALTH       ) | |
| INSURANCE, ROGER J. MOORE, ) | |
| JR., VICTOR DAVIS, and DOES 1 ) | |
| through 100, inclusive,    ) | |
|                   ) | |
| Defendants.  ) | |
| _____ ) | |

    On February 14, 2006, Defendant North American Company For Life And Health Insurance noticed for hearing and decision a motion to dismiss the second and third causes of action contained in the complaint for failure to state a claims upon which relief can be granted. Doc. 7. The matter was scheduled for oral argument on March 27, 2006. Plaintiff Vicky Guerra has not yet filed an opposition. On March 9, 2006, Defendant North American filed a motion for remand to state court, to be heard in front of Magistrate Judge O'Neill on April 14, 2006. Doc. 10. As the motion for remand has the potential to moot the motion to dismiss, the motion to dismiss is continued until after resolution of the motion for remand.

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 27, 2006, is VACATED, and no party shall appear at that time.

IT IS SO ORDERED.

Dated:   March 12, 2006                   /s/ Anthony W. Ishii

0m8i78                           UNITED STATES DISTRICT JUDGE